

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-24-00069-CV

———————————————

IN RE PHIPPS ANDERSON DEACON LLP, PHIPPS DEACON PURNELL PLLC, AND PHIPPS MAYES PLLC, Relators

---

Original Proceeding
48th District Court of Tarrant County, Texas
Trial Court No. 048-323196-21

---

Before Wallach, Birdwell, and Bassel, JJ.
Per Curiam Memorandum Opinion

# MEMORANDUM OPINION

The court has considered relators' petition for writ of mandamus and motion for emergency relief and is of the opinion that relief should be denied. Accordingly, relators' petition for writ of mandamus and motion for emergency relief are denied.

Per Curiam

Delivered: February 20, 2024